

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00463-CV

Najorian **GREER**,
Appellant

v.

**AGRESTIC I LP**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV04318
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: October 23, 2024

DISMISSED FOR WANT OF PROSECUTION

In this appeal from a forcible detainer judgment, the justice court found that Najorian Greer had forcibly detained the plaintiff's property. Greer appealed to the county court; it also found she had forcibly detained the property. Greer filed a notice of appeal in this court, and her brief was due on September 4, 2024.

After no brief or motion for extension of time to file the brief was received, on September 27, 2024, we ordered Greer to show cause in writing by October 7, 2024, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). In our order, we warned

Greer that if she failed to show cause in writing as ordered, this appeal would be dismissed without further notice.

To date, Greer has not filed a response to our September 27, 2024 order.  Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).


PER CURIAM